## KNIGHT v. THE STATE.

SIMMONS, C. J.  No error of law was complained of, and the evidence authorized the verdict.                    *Judgment affirmed.  By five Justices.*

Submitted May 18, — Decided May 30, 1903.

Accusation of gaming.   Before Judge Hammond.   City court of Griffin.   March 24, 1903.

*T. E. Patterson, W. H. Beck,* and *J. J. Flynt,* for plaintiff in error. *J. D. Boyd, solicitor,* and *J. M. Strickland,* contra.

---

## PROTHRO v. THE STATE.

SIMMONS, C. J.   The finding of the jury that the accused was guilty of the offense of gaming was fully supported by the evidence upon which the State relied for a conviction, and accordingly this court can not undertake to say that their verdict was contrary to law and should for that reason have been set aside by the trial court.                    *Judgment affirmed.  By five Justices.*

Submitted May 18, — Decided May 30, 1903.

Accusation of gaming.   Before Judge Hammond.   City court of Griffin.   March 24, 1903.

*W. H. Beck, J. J. Flynt,* and *T. E. Patterson,* for plaintiff in error *J. D. Boyd, solicitor,* and *J. M. Strickland,* contra.